

FILED
SEP 0 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GENZLER,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>PETER LONGANBACH, an individual;<br>JEFFREY O'BRIEN; an individual;<br>GREGORY THOMPSON, an individual;<br>JAMES PIPPEN, an individual; PAUL<br>PFINGST, an individual; COUNTY OF<br>SAN DIEGO, a governmental entity;<br>SAN DIEGO COUNTY DISTRICT<br>ATTORNEY'S OFFICE, a governmental<br>entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 01CV1462-LAB (RBB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

　　On September 8, 2006, the court convened a Status Conference in this matter. Eugene Iredale, Esq. and Patrick Hosey, Esq. appeared on behalf of plaintiff David Genzler. Morris Hill, Esq. appeared on behalf of the entity and supervisory defendants. Edward P. Swan, Esq. appeared on behalf of settling defendant Peter Longanbach. This Order memorializes certain matters discussed on the record in preparation for trial commencing September 12, 2006.

　　After a discussion framing the issues remaining to be tried and the scope of the relevant evidence, plaintiff's counsel orally moved to dismiss the Conspiracy cause of action, with the understanding certain issues associated with allegations of conspiracy will nevertheless arise and be

addressed at trial. Various scheduling and logistical matters were also addressed at the Status Conference. For the reasons recited on the record, **IT IS HEREBY ORDERED**:

    1. Plaintiff's oral motion to dismiss the Conspiracy cause of action is **GRANTED**. The case will proceed to trial on the only remaining claim, *i.e.*, plaintiff's 42 U.S.C. § 1983 <u>Monell</u> cause of action.

    2. Defendants' Motion to Bifurcate Trial, filed September 6, 2006, is **DENIED**.

    3. The parties shall meet and confer to prepare a final revised Pre-Trial Order. The [Proposed] Final Revised Pre-Trial Order, signed by both sides, shall be lodged in the chambers of the undersigned District Judge on or before *September 11, 2006 at noon*. That proposed Order shall include, among the other required components, estimated trial time limits, to be finalized at the Motions *In Limine* hearing scheduled for *September 12, 2006 at 9:00 a.m.*, immediately preceding the commencement of trial.

    4. The formal Dismissal of settling defendants Longanbach and O'Brien is being separately and concurrently filed with this Order.

**IT IS SO ORDERED.**

DATED: 9-8-06

HONORABLE LARRY ALAN BURNS
United States District Judge

cc: MAGISTRATE JUDGE RUBEN B. BROOKS
ALL COUNSEL OF RECORD