| | |
|---|---|
| 1   Edward Patrick Swan, Jr., State Bar No. 089429<br>    Todd R. Kinnear, State Bar No. 208831<br>2   LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>    600 West Broadway, Suite 2600<br>3   San Diego, California 92101-3372<br>    Telephone No.: 619.236.1414<br>4   Fax No.: 619.232.8311 | FILED<br>2006 SEP 12 AM 8:41<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

5   Attorneys for Defendant Peter J. Longanbach

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GENZLER,<br><br>            Plaintiff,<br><br>      v.<br><br>PETER J. LONGANBACH, an individual;<br>JEFFREY O'BRIEN, an individual;<br>GREGORY THOMPSON, an individual;<br>JAMES PIPPIN, an individual; PAUL<br>PFINGST, an individual; COUNTY OF SAN<br>DIEGO, a governmental entity; SAN DIEGO<br>COUNTY DISTRICT ATTORNEY'S<br>OFFICE, a governmental entity; and DOES 1<br>through 100, inclusive,<br><br>            Defendants. | Case No.: 01-CV-1462 LAB (RBB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; AND ORDER THEREON**<br><br><br>Judge: Hon. Larry A. Burns<br><br>Trial: September 6, 2006 |

    IT IS HEREBY STIPULATED by Plaintiff David Genzler and Defendants Peter J. Longanbach and Jeffrey O'Brien, through their undersigned counsel, that the above-captioned action be dismissed with prejudice against Defendants Peter J. Longanbach and Jeffrey O'Brien only pursuant to Federal Rule of Civil Procedure 41(a)(1).

/ / /

/ / /

/ / /

**ORIGINAL**     1     CASE NO. 01-CV-1462 LAB (RBB)

```
 1 | IT IS SO STIPULATED.
 2 | DATED: August 31, 2006              HOSEY & BAHRAMBEYGUI
 3 |
 4 |                                     By: /s/ Patrick L. Hosey
 5 |                                         Patrick L. Hosey
                                             Attorneys for Plaintiff David Genzler
 6 |
 7 | DATED: August 31, 2006              LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
 8 |
 9 |                                     By: /s/ Edward P. Swan Jr.
                                             Edward Patrick Swan, Jr.
10 |                                         Attorneys for Defendant Peter J. Longanbach
11 |
12 | DATED: August __, 2006              LAW OFFICES OF J. W. CARVER
13 |
14 |                                     By: _____
                                             J. W. Carver
15 |                                         Attorneys for Defendant Jeffrey O'Brien
```

1    IT IS SO STIPULATED.

2    DATED: August __, 2006         HOSEY & BAHRAMBEYGUI

3

4                                   By: _____
                                        Patrick L. Hosey
5                                       Attorneys for Plaintiff David Genzler

6

7    DATED: August __, 2006         LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

8

9                                   By: _____
                                        Edward Patrick Swan, Jr.
10                                      Attorneys for Defendant Peter J. Longanbach

11

12   DATED: August 30, 2006         LAW OFFICES OF J. W. CARVER

13

14                                  By: _____
                                        J. W. Carver
15                                      Attorneys for Defendant Jeffrey O'Brien

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the Stipulation of Plaintiff David Genzler and Defendants Peter J. Longanbach |
| 3 | and Jeffrey O'Brien, through their undersigned counsel, and good cause appearing, |
| 4 | IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with |
| 5 | prejudice against Defendants Peter J. Longanbach and Jeffrey O'Brien only pursuant to Federal |
| 6 | Rule of Civil Procedure 41(a)(1). |
| 7 | IT IS SO ORDERED. |

DATED: _9-8_, 2006

_Larry A. Burns_
Larry A. Burns
United States District Judge