FILED

SEP 1 3 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

1

2

3

4

5

6

7

8

9      **UNITED STATES DISTRICT COURT**

10     **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  DAVID GENZLER,                                    CASE NO. 01CV1462-LAB (RBB)

13                              Plaintiff,            **ORDER FOLLOWING STATUS
                                                      CONFERENCE; AND NEW
14         vs.                                        SCHEDULING ORDER**

    PETER LONGANBACH, an individual;
15  JEFFREY O'BRIEN; an individual;
    GREGORY THOMPSON, an individual;
16  JAMES PIPPEN, an individual; PAUL
    PFINGST, an individual; COUNTY OF
17  SAN DIEGO, a governmental entity;
    SAN DIEGO COUNTY DISTRICT
18  ATTORNEY'S OFFICE, a governmental
    entity; and DOES 1 through 100, inclusive,
19
                              Defendants.
20
         On September 11, 2006, the court convened a pre-trial status conference. Patrick Hosey, Esq.
21
    and Eugene Iredale, Esq. appeared on behalf of plaintiff. Morris Hill, Esq. appeared on behalf of
22
    defendants. James J. Eischin, Jr. , Esq. appeared on behalf of trial witness Rebecca Blair-Harutunian,
23
    to explain to the court her inability to provide testimony in conformity with the presently calendared
24
    trial schedule. A new schedule has been calendared, in consideration of the September 11, 2006
25
    hearing and a subsequent conference call with counsel on September 12, 2006 to further revise the trial
26
    date due to a scheduling conflict. **IT IS HEREBY ORDERED :**
27
         1.     The commencement of trial is continued from September 12, 2006 to
28
    *November 14, 2006 at 9:00 a.m.*

                                          - 1 -                                      01CV1462

1    2.    The hearing of Motions *In Limine* is continued from September 12, 2006 to

2  *September 14, 2006 at 1:30 p.m.*

3    3.    No later than the beginning of the Motions *In Limine* hearing, the parties shall lodge

4  a Revised Pre-Trial Order signed by counsel for all remaining parties in this case.

5    **IT IS SO ORDERED**.

6  DATED: _____9-13-06_____          _Larry A. Bur_____

7                                          HONORABLE LARRY ALAN BURNS
                                           United States District Judge
8
    cc:    MAGISTRATE JUDGE RUBEN B. BROOKS
9          ALL COUNSEL OF RECORD

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01CV1462