# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GENZLER, | CASE NO. 01CV1462-LAB (RBB) |
| Plaintiff, | **ORDER DISMISSING CASE AND DENYING AS MOOT RESERVED MOTIONS *IN LIMINE*** |
| vs. | |
| PETER LONGANBACH, an individual; JEFFREY O'BRIEN; an individual; GREGORY THOMPSON, an individual; JAMES PIPPEN, an individual; PAUL PFINGST, an individual; COUNTY OF SAN DIEGO, a governmental entity; SAN DIEGO COUNTY DISTRICT ATTORNEY'S OFFICE, a governmental entity; and DOES 1 through 100, inclusive, | [Dkt Nos. 204, 205, 209, 210, 223, 234, 235, 236] |
| Defendants. | |

In consideration of the parties' Joint Motion For Dismissal With Prejudice of the remaining defendant County of San Diego (also sued as "San Diego County District Attorney's Office"), **IT IS HEREBY ORDERED** all plaintiff's claims and causes of action against all named defendants are dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees, terminating this action in its entirety. **IT IS FURTHER ORDERED** those Motions *In Limine* on which the court reserved a ruling (Docket Nos. 204, 205, 209, 210, 223, 234, 235, and 236) are denied as moot.

**IT IS SO ORDERED**.

DATED:  January 5, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

01CV1462